```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA


SIERRA CLUB, SIERRA NEVADA            No. CIV-S-03-1238 MCE/PAN
PROTECTION CAMPAIGN, SIERRA
FOOTHILLS AUDUBON SOCIETY,
and EARTH ISLAND INSTITUTE

          Plaintiffs,
     v.
STEVEN T. EUBANKS, DALE BOSWOTH,      **RELATED CASE ORDER**
U.S. FOREST SERVICE, ANN -
SECRETARY OF THE CALIFORNIA
DEPARTMENT OF AGRICULTURE, and
UNITED STATES DEPARTMENT OF
AGRICULTURE,

          Defendants.
_____/
EARTH ISLAND INSTITUTE,               No. CIV-S-02-2119 MCE/PAN

          Plaintiff,

     v.

U.S. FOREST SERVICE, JACK
BLACKWELL, and JOHN BERRY,

          Defendants.
_____/
```

| | | |
|---|---|---|
| 1 | EARTH ISLAND INSTITUTE, | No. CIV-S-03-1242 MCE/PAN |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | UNITED STATES DEPARTMENT OF AGRICULTURE, | |
| 5 | | |
| 6 | Defendant. _____/ | |
| 7 | EARTH ISLAND INSTITUTE, and CENTER FOR BIOLOGICAL DIVERSITY, | No. CIV-S-05-1608 FCD/JFM |
| 8 | | |
| 9 | Plaintiffs, | |
| 10 | v. | |
| 11 | UNITED STATES FOREST SERVICE, DALE BOSWORTH, and JOHN BERRY, | |
| 12 | Defendants. | |
| 13 | _____/ | |

14     Examination of the above-entitled civil actions reveals that
15 these actions are related within the meaning of Local Rule 83-
16 123(a) (E.D. Cal. 1997).  The actions involve many of the same
17 defendants and are based on the same or similar claims, the same
18 property transaction or event, similar questions of fact and the
19 same questions of law, and would therefore entail a substantial
20 duplication of labor if heard by different judges.  Accordingly,
21 the assignment of the matters to the same judge is likely to
22 effect a substantial savings of judicial effort and is also
23 likely to be convenient for the parties.
24     The parties should be aware that relating the cases under
25 Local Rule 83-123 merely has the result that both actions are
26 assigned to the same judge; no consolidation of the action is
27 effected.
28 ///

Under the regular practice of this court, related cases are generally assigned to the district judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated CIV-S-05-1608 FCD/PAN, Earth Island Institute and Center for Biological Diversity v. United States Forest Service, Dale Bosworth and John Berry is reassigned to Judge Morrison C. England, Jr. And Peter A. Nowinski for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as CIV-S-05-1608 MCE/PAN.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATE: August 17, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE